
STACY MONIZ
47-563 Hua Place
Kaneohe, Hawai'i 96744
Tel.: (808) 258-7448
Email: stacymoniz@msn.com

Defendant, *PRO SE*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 14 2016

at _1_ o'clock and _15_ min. _P_ M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JPMorgan Chase Bank, N.A.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Stacy Moniz,<br><br>　　　　Defendant. | CIVIL NO. 15-00512-DKW-BMK<br><br>**DEFENDANT STACY MONIZ' MOTION TO DISMISS COMPLAINT FILED ON DECEMBER 11, 2015; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STACY MONIZ; EXHIBITS "A"-"G"; CERTIFICATE OF SERVICE**<br><br>Hearing Date:<br>Time:<br>Judge: |

### MOTION TO DISMISS COMPLAINT FILED ON DECEMBER 11, 2015

COMES NOW Defendant STACY MONIZ, Pro Se, and hereby moves this Court for an order dismissing with prejudice the complaint filed by Plaintiff herein on December 11, 2015.

This motion is brought pursuant to Rules 7 and 12 of the Federal Rules of Civil Procedure, the Memorandum and Exhibits in Support of the Motion attached

1

hereto, the records and files of this action and Civil No. 11-1-2733-11 KTN, First Circuit Court, State of Hawaii, and any further evidence or argument that may be presented to this Court.

DATED: <u>January 14, 2016, Kāne'ohe, Hawai'i.</u>

_____
STACY MONIZ
Defendant, *PRO SE*

## TABLE OF CONTENTS

Request for Judicial Notice ................................................................ 1

Relevant Factual and Procedural Background ...................................4

Applicable Rules and Statutes .......................................................... 6

The Applicable Law ......................................................................... 6

    1. This Court Should Dismiss This Action Based Upon The Orders Of The State Court..............................................................................6

    2. Federal Court Doctrines Require A Dismissal...............................7

    3. Abstension..................................................................17

    4. Colorado River.............................................................19

    5. Rooker-Feldman............................................................27

CONCLUSION ...................................................................28

# TABLE OF AUTHORITIES

*40235 Washington Street Corp. v. Lusardi*, 976 F.2d 587(9th Cir.1992)		15,17

*Abogados v. AT&T, Inc.*, 223 F. 3d 932 (9th Cir. 2000)		8

*Adam v. Jacobs*, 950 F.2d 89 (2d Cir.1991)		11

*American Well Works Co. v. Layne & Bowler Co.*, 241 U.S. 257 (1916)		13

*American International Underwriters, Inc. v. Continental Insurance Co.*,
843 F.2d 1253 (9th Cir. 1988)		20,21,22,24

*AmerisourceBergen Corp. v. Roden*, 495 F.3d 1143 (9th Cir. 2007)		18

*Asdar Group v. Pillsbury, Madison & Sutro*, 99 F.3d 289 (9th Cir. 1996)		2

*Bailey v. State*, 57 Haw. 144, 148, 552 P.2d 365, 369 (1976)

*Baker v. Gold Seal Liquors, Inc.*, 417 U.S. 467 (1974)		10

*Banner Indus. of New York, Inc. v. Sansom*, 830 F.Supp. 325 (S.D.W.Va.1993)		11

*Barapind v. Reno*, 225 F.3d 1100 (9th Cir. 2000)		12

*Bottero Enter., Inc. v. Southern New England Prod. Credit Ass'n*,
743 F.2d 57 (1st Cir. 1984)		11

*Burford v. Sun Oil Co.*, 319 U.S. 315, 63 S.Ct. 1098, 87 L.Ed. 1424 (1943)		26

*Church of Scientology of California v. United States Dept. of Army*,
611 F.2d 738 (9th Cir.1979)		12

*Colorado River Water Conservation District v. United States*,
424 U.S. 800 (1976)		12,16,17,19, 20, 24,26

*Colortyme Financial Services v. Kivalina*, 940 F.Supp. 269 (D. HI 1996)		10,13

*Commercial Casualty v. Swarts*, 616 F.Supp.2d 1027 (D. Nevada 2007)		22

*Dawson v. Mahoney*, 451 F.3d 550 (9th Cir. 2006)		3

*Deakins v. Monaghan,* 484 U.S. 193, 202-03, 108 S.Ct. 523, 98 L.Ed.2d 529 (1988) 26

*District of Columbia Court of Appeals v. Feldman,* 460 U.S. 462 (1983)      28

*Ellis v. Crockett,* 51 Haw. 45, 451 P.2d 814 (1969)      9

*Exxon Mobil Corp. v. Saudi Basic Indus. Corp.,* 544 U.S. 280 (2005)      14

*First Nat'l Bank of Cut Bank,* 835 F.2d 1293 (9th Cir.1988)      10

*Gottfried v. Med. Planning Servs., Inc.,* 142 F.3d 326 (6th Cir.1998)      28

*Holder v. Holder,* 305 F.3d 854 (9th Cir. 2002)      23,25

*In re American Continental Corp./Lincoln Sav. & Loan Securities Litig.,* 102 F.3d 1524, 1537 (9th Cir. 1996)      3

*G & M Tire Co. v. Dunlop Tire & Rubber Corp.,* 36 F.R.D. 440 (N.D.Miss.1964)      12

*In re Pegasus Gold Corp.,* 394 F. 3d 1189 (9th Cir. 2005)      10

*In re Pinkstaff,* 974 F.2d 113 (9th Cir.1992).      10

*Hirsh v. Justices of Supreme Court of California,* 67 F.3d 708 (9th Cir. 1995)      18

*Humble Oil & Ref. Co. v. Sun Oil Co.,* 191 F.2d 705 (5th Cir.1951)      15

*Ledesma v. Jack Stewart Produce, Inc.,* 816 F.2d 482 (9th Cir.1987)      8

*Lee v. City of Los Angeles,* 250 F.3d 668 (9th Cir. 2001)      2

*Kaufman v. Kaye,* 466 F.3d 83 (2d Cir. 2006)      17

*Klaxon Co. v. Stentor Electric Mfg. Co.,* 313 U.S. 487 (1941)      8

*Kline v. Burke Construction Co.,* 260 U.S. 226 (1922)      14

*Marshall v. Marshall,* 547 U.S. 293 (2006)      14

*Maryland Casualty Co. v. Witherspoon,* 973 F.Supp 1178 (CD CA 2014)      15,17

*Meredith v. Oregon,* 321 F.3d 807 (9th Cir. 2003)      18

*Metro. Finance Corp. of Cal. v. Wood*, 175 F.2d 209 (9th Cir. 1949)     15

*Middlesex County Ethics Comm. v. Garden State Bar Ass'n*,
457 U.S. 423 (1982)     18,27

*MGIC Indemnity Corp. v. Weisman*, 803 F.2d 500 (9th Cir. 1986)     4

*Moses H. Cone Memorial Hospital v. Mercury Construction Corp.*,
460 U.S.1 (1983)     20,23,24, 25

*Morisada Corp. v. Beidas*, 939 F.Supp. 732 (D. HI 1995)     24

*Nakash v. Marciano*, 882 F.2d 1411 (9th Cir. 1989)     24

*New Beckley Min. Corp. v. Int'l Union, United Mine Workers of Am.*,
946 F.2d 1072 (4th Cir. 1991)     19

*Noel v. Hall*, 341 F. 3d 1148 (9th Cir. 2003)     26,27

*Pacesetter Sys., Inc. v. Medtronic, Inc.*, 678 F.2d 93 (9th Cir.1982)     11,12,13

*Palmer v. Texas*, 212 U.S. 118, 29 S.Ct. 230, 53 L.Ed. 435 (1909)     16

*Park Club, Inc. v. RTC*, 967 F.2d 1053 (5th Cir.1992)     11

*Partington v. Gedan*, 961 F.2d 852 (9th Cir.1992)     27

*Peelua v. Impac Funding Corporation*, Civil No. 10-00090 (D. HI 2011)     9

*Penn. Gen. Cas. Co. v. Pennsylvania ex rel. Schnader*,
294 U.S. 189 (1935)     15,16

*Pochiro v. Prudential Ins. Co. of America*, 827 F.2d 1246 (9th Cir. 1987)     8,9

*Potrero Hills Landfill, Inc. v. County of Solano*,
657 F.3d 876 (9th Cir. 2011)     18

*Princess Lida of Thurn & Taxis v. Thompson*, 305 U.S. 456 (1939)     14

*Railroad Commission of Texas v. Pullman Co.*, 312 U.S. 496,

61 S.Ct. 643, 85 L.Ed. 971 (1941)     26

*Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741(9th Cir. 2006)     2

*Ryder Truck Rental, Inc. v. Acton Foodservices Corp.*,

554 F.Supp. 277 (C.D.Cal.1983)     22

*Sanders v. First Nat'l Bank & Trust Co.*, 936 F.2d 273 (6th Cir.1991)     11

*Sec. Farms v. Int'l Broth. of Teamsters, Chauffers, Warehousemen & Helpers*,

124 F.3d 999 (9th Cir. 1997)     19

*ScripsAmerica, Inc. v. Ironridge Global LLC*, 56 F.Supp.3d 1121

(C.D. Cal. 2014)     3

*Sexton v. NDEX WEST, LLC*, 713 F. 3d 533 (9th Cir. 2013)     16

*Smith v. Lenches*, 263 F.3d 972 (9th Cir. 2001)     17

*Smith v. Kansas City Title & Trust Co.*, 255 U.S. 180 (1921)     13,26

*Southern Construction Co. v. Pickard*, 371 U.S. 57 (1962)     13

*Sprint Communications, Inc. v. Jacobs*, 134 S. Ct. 584 (2013)     25

*State Engineer v. South Fork Band of Te-Moak Tribe of W. Shoshone Indians*,

339 F.3d 804 (9th Cir.2003)     14,15,16

*Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007)     3

*Tollis, Inc. v. County of San Diego*, 505 F.3d 935 (9th Cir. 2007)     4

*Travelers Indem. Co. v. Madonna*, 914 F.2d 1364 (9th Cir.1990)     24,25

*United States v. Black*, 482 F.3d 1035 (9th Cir. 2007)     2

*United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.,*

971 F.2d 244, 248 (9th Cir. 1992)     3

*United States v. One 1985 Cadillac Seville,* 866 F.2d 1142 (9th Cir.1989)     15,16

*Villa Marina Yacht Sales, Inc. v. Hatteras Yachts,* 915 F.2d 7 (1st Cir.1990)     24

*Younger v. Harris,* 401 U.S. 37 (1971)     17,19,26

**Rules**

| | |
|---|---|
| FRCP Rule 12(b)(1) | 6 |
| FRCP Rule 12(b)(6) | 3,4,6 |
| Fedral Rules of Evidence 201 | 4 |
| HRCP Rule 13(a) | 5,6,9 |
| HRCP Rule 13(f) | 5 |
| HRCP Rule 15 | 5 |

**Statutes**

| | |
|---|---|
| H.R.S. Chapter 501 | 4 |
| H.R.S. §501-1 | 8,20 |
| H.R.S. §501-2 | 8,16 |